UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL PALOMINO-VALADEZ,

Defendant.

Case No. 1:26-cr-78

Hon. Hala Y. Jarbou

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 16, 2026, Magistrate Judge Phillip J. Green issued a Report and Recommendation recommending that the guilty plea of Defendant as to Count 1 of the Indictment be accepted. (R&R, ECF No. 17.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 30, 2026. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.
2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.
3. Defendant shall remain detained pending sentencing, now scheduled for **December 21, 2026**.

Dated: October 5, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE